ROBERT PEEL, Respondent, v. LONG ISLAND CONTRACTING AND SUPPLY COMPANY, Appellant.

*Peel* v. *Long Island Contracting & Supply Co.*, 143 App. Div. 947, affirmed.
(Argued October 22, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 4, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Edward M. Grout, Charles B. La Voe* and *Paul Grout* for appellant.

*Henry A. Uterhart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.